July 09, 2004

Ms. Sheri Marie Cravens
Banner Briley & White, L.L.P.
4245 Kemp Boulevard, Suite 200
Wichita Falls, TX 76308
Ms. Danica Lynn Milios
Office Of The Attorney General
P. O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 03-0510
 Court of Appeals Number: 02-02-00263-CV
 Trial Court Number: 27,129

Style: ROY FRANKLIN BLEVINS AND BONNIE BLEVINS, AS NEXT FRIENDS FOR
 MICHELLE AND MICHAEL BLEVINS, MINORS
 v.
 TEXAS DEPARTMENT OF TRANSPORTATION

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and dismisses the appeal. See enclosed
opinion and judgment

 6Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. George |
| |Birdwell |